| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (TRENTON)** | |
| **RAS Citron, LLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone Number 470-321-7112 <br> Attorneys For Secured Creditor <br> **Nationstar Mortgage LLC D/B/A Mr. Cooper** <br><br> Shauna Deluca, Esq. (SD-8248) | CASE NO.: 19-21634-MBK <br><br> CHAPTER 13 <br><br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| In Re: <br><br> **Roseanne T Puleo,** <br><br>     Debtor. | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Nationstar Mortgage LLC D/B/A Mr. Cooper ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 2), and states as follows:

1. Debtor, Roseanne T Puleo, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 11, 2019.

2. Secured Creditor holds a security interest in the Debtor's real property located at 432 Holmes Dr, Burlington, NJ 08016-2855, by virtue of a Mortgage recorded on June 23, 2006 in Book 10972, at Page 444 of the Public Records of Burlington County, NJ. Said Mortgage secures a Note in the amount of $184,000.00.

3. The Debtor filed a Chapter 13 Plan on June 11, 2019.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used are inaccurate. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage owed to Secured Creditor is $33,864.71, whereas the Plan proposes to pay only $27,000.00. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $33,864.71 as the pre-petition arrearage over the life of the plan.

5. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim.

Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

    RAS Citron, LLC
    Attorney for Secured Creditor
    130 Clinton Road, Suite 202
    Fairfield, NJ 07004
    Telephone Number 470-321-7112

    By: /s/Shauna Deluca
    Shauna Deluca, Esquire
    NJ Bar Number SD-8248
    Email: sdeluca@rasflaw.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (TRENTON)** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 470-321-7112<br>Attorneys For Secured Creditor<br>**Nationstar Mortgage LLC D/B/A Mr. Cooper**<br><br>Shauna Deluca, Esq. (SD-8248) | CASE NO.: 19-21634-MBK<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| In Re:<br><br>**Roseanne T Puleo,**<br><br>    Debtor. | |

# CERTIFICATION OF SERVICE

1. I, Shauna Deluca, represent Nationstar Mortgage LLC D/B/A Mr. Cooper in this matter.
2. On June 19, 2019, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.
3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

June 19, 2019

                                 RAS Citron, LLC
                                 Attorney for Secured Creditor
                                 130 Clinton Road, Suite 202
                                 Fairfield, NJ 07004
                                 Telephone Number 470-321-7112

                                 By: /s/Shauna Deluca
                                 Shauna Deluca, Esquire
                                 NJ Bar Number SD-8248
                                 Email: sdeluca@rasflaw.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brad J. Sadek<br>Sadek and Cooper<br>1315 Walnut Street<br>Ste 502<br>Philadelphia, PA 19107 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Roseanne T Puleo<br>432 Holmes Avenue<br>Burlington, NJ 08016 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |